

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LAVA RECORDS, LLC, ET AL. | CIVIL ACTION NO. 05-1314 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JENNIFER ATES, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 33] filed by Plaintiffs Lava Records, LLC; Atlantic Recording Corporation; UMG Recordings, Inc.; Warner Bros. Records Inc.; and Arista Records, LLC against Defendant Matthew Ates is GRANTED, and judgment is entered in favor of Plaintiffs and against Defendants. The Court finds, as a matter of law, that Defendant Matthew Ates infringed Plaintiffs' copyrights in twenty-five (25) sound recordings in violation of the Copyright Act, 17 U.S.C. §§ 101, 106, 501-505.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Matthew Ates pay Plaintiffs statutory damages in the amount of $750.00 per recording for a total award in the amount of $18,750.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Matthew Ates pay costs of suit in the amount of $350.00.

1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Matthew Ates is permanently enjoined as follows:

> Defendant is permanently enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the copyrighted sound recordings identified in this lawsuit and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' recordings"), including without limitation by using the Internet or any online media distribution system to reproduce or download any of Plaintiffs' recordings, to distribute or upload any of Plaintiffs' recordings, or to make any of Plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant must also destroy all copies of Plaintiffs' recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

MONROE, LOUISIANA, this \_\_11\_\_ day of \_\_July\_\_, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE